RECEIVED
IN MONROE, LA
OCT 18 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOE SMITH, JR. (No. 100816) | CIVIL ACTION NO. 06-1338 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN, LOUISIANA STATE PENITENTIARY | MAG. JUDGE KAREN L. HAYES |

### MEMORANDUM ORDER

Pending before the Court is a petition for writ of *habeas corpus* filed by Petitioner Joe Smith, Jr. On August 22, 2006, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 4] finding that Petitioner has previously filed *habeas corpus* petitions and therefore is required to obtain permission from the United States Court of Appeals for the Fifth Circuit prior to filing this successive petition. Magistrate Judge Hayes further recommended that the Court deny and dismiss Petitioner's petition because the Fifth Circuit has previously warned Petitioner that "further filing of frivolous requests to file a successive application may result in the imposition of sanctions." *In re Joe Smith, Jr.*, United States Court of Appeals for the Fifth Circuit, No. 02-30190, April 10, 2002 Order, p. 2.

Having reviewed the Report and Recommendation of Magistrate Judge Hayes, and after an independent review of the record including the objections filed by Petitioner, the Court has determined that her findings are correct under the applicable law. The Court **ADOPTS** those findings. However, in the interest of the justice, the Court **DECLINES TO ADOPT** her recommendation to dismiss this case and instead,

**IT IS ORDERED** that this petition for writ of *habeas corpus* is hereby

**TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit for a determination whether the successive petition should be allowed, pursuant to 28 U.S.C. § 2244(b)(3) and *In re Epps*, 127 F.3d 364 (5th Cir. 1997).

MONROE, LOUISIANA, this 17 day of October, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE